UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-592-KDB
(3:20-cr-189-KDB-DCK-1)

| | |
|---|---|
| BRIAN ELLIOTT KURSONIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | **ORDER** |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* Petitioner has filed a Motion to Vacate under 28 U.S.C. § 2255. (Doc. No. 1). The Government has filed a Response opposing § 2255 relief. (Doc. No. 5). The Petitioner may file a reply to the Response, if he chooses to do so, within twenty-one (21) days of this Order pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings.

**IT IS, THEREFORE, ORDERED** that no later than **twenty-one (21) days** from the entry of this Order, the Petitioner may file a reply to the Government's Response in opposition to his § 2255 Motion to Vacate.

**IT IS SO ORDERED.**

Signed: February 3, 2022

Kenneth D. Bell
United States District Judge